MCGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>DONALD CONFERLETE CARNEY, AND JONTE DEON SCOTT,<br><br>                  Defendants. | CASE NO.  2:20-CR-32-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 11, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.     By previous order, this matter was set for status on May 11, 2020.

2.     By this stipulation, defendants now move to continue the status conference until July 6, 2020, and to exclude time between May 11, 2020, and July 6, 2020, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

     a)     The government has represented that the discovery associated with this case includes over 100 pages of written discovery, more than 100 photographs, and several video and audio recordings.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b)     Defense counsel has recently requested additional discovery, in the form of several written reports.  This has been received by the government and will be produced in the coming days.

c) Counsel for defendants desire additional time consult with their clients, review discovery, review the additional discovery, discuss pre-trial motions, discuss a resolution of the case, and otherwise prepare for trial.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2020 to July 6, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 6, 2020                         McGREGOR W. SCOTT
                                           United States Attorney


                                           /s/ MICHAEL W. REDDING
                                           MICHAEL W. REDDING
                                           Assistant United States Attorney


Dated: May 6, 2020                         /s/ Bill McPike
                                           Bill McPike
                                           Counsel for Defendant
                                           DONALD CONFERLETE CARNEY

Dated: May 6, 2020                         /s/ John Garcia
                                           John Garcia
                                           Counsel for Defendant
                                           JONTE DEON SCOTT


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE