McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD CONFERLETE CARNEY, and JONTE DEON SCOTT, <br><br> Defendants. | CASE NO. 2:20-CR-32-WBS <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: August 24, 2020 <br> TIME: 9:00 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on August 24, 2020.

2. By this stipulation, defendants now move to continue the status conference until October 13, 2020 at 9:00 a.m., and to exclude time between August 24, 2020, and October 13, 2020 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 100 pages of written discovery, more than 100 photographs, and several video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time consult with their clients, review discovery, discuss pre-trial motions, discuss a resolution of the case, and otherwise prepare for

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  trial.

2          c)      Counsel for defendants believe that failure to grant the above-requested
3  continuance would deny them the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5          d)      The government does not object to the continuance.

6          e)      Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 et seq., within which trial must commence, the time period of August 24, 2020 to October 13,
11 2020 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
12 [Local Code T4] because it results from a continuance granted by the Court at defendant's
13 request on the basis of the Court's finding that the ends of justice served by taking such action
14 outweigh the best interest of the public and the defendant in a speedy trial.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 19, 2020    McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated:  August 19, 2020    /s/ Bill McPike
Bill McPike
Counsel for Defendant
DONALD CONFERLETE CARNEY

Dated:  August 19, 2020    /s/ John Garcia
John Garcia
Counsel for Defendant
JONTE DEON SCOTT

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  August 19, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE