1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL W. REDDING
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:20-CR-32-WBS

12              Plaintiff,                 FINDINGS AND ORDER RE: EXCLUSION OF
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT
13              v.

14  DONALD CONFERLETE CARNEY, AND
    JONTE DEON SCOTT,
15
                Defendants.
16

17

18                               **FINDINGS AND ORDER**

19      On November 9, 2020, all parties appeared before the Court for a Status Conference. The Court

20  set the case for trial on January 19, 2021 with an intervening Status Conference on December 14, 2020.

21  ECF No. 38. The Court heard and considered the government's Oral Motion to Exclude Time Periods

22  under the Speedy Trial Act. The government moved to Exclude Time under the Speedy Trial Act to

23  allow for effective preparation of counsel, taking into account the exercise of due diligence. In

24  particular, it its oral motion, the government cited:

25      • Recently-acquired discovery by the government, which is being prepared to be provided

26         to defense counsel,

27      • Discovery that is ready to be provided to defense counsel,

28      • Discovery requests defense counsel have made, which the government has attempted to

understand and clarify,

- The need for defense counsel to have time to acquire this discovery, review it, discuss it with their clients, prepare pretrial motions, and otherwise prepare for trial, and
- The ongoing COVID-19 Pandemic, the General Orders of this court related to the operation of the courts during the COVID-19 Pandemic, and the attendant issues and delays in preparing this case for trial.

Having heard and considered that evidence, the Court hereby finds that the reasons laid out in the government's Oral Motion, plus the outbreak of the novel coronavirus known as COVID-19 (and related General Orders of this Court and guidance from the Centers for Disease Control and Prevention and state and local health officials), collectively demonstrate facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would result in a miscarriage of justice.

Time is hereby excluded under the Speedy Trial Act between November 9, 2020 and December 14, 2020, inclusive.

Dated:  November 9, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE