UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 1, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD CONFERLETE CARNEY, JR.<br><br>　　　　　Defendant. | Case No. 2:20-CR-00032-WBS-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD CONFERLETE CARNEY, JR.

Case No.  2:20-CR-00032-WBS-3  Charges 21 U.S.C. § 846; 841 from custody for the following reasons:

　　　　_____　Release on Personal Recognizance

　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　_____　Appearance Bond with Surety

　　　　　　　_____　Corporate Surety Bail Bond

　　　X　(Other): Pretrial Supervision Conditions as stated on the record. Defendant is to be released from the Sacramento County Jail at 10:00 AM on 4/2/2021 to the custody of Christina Sinha, Assistant Federal Defender.

Issued at Sacramento, California on April 1, 2021 at 5:15 PM

　　　　　　　　　　　By:　/s/ Kendall J. Newman
　　　　　　　　　　　　　　HONORABLE KENDALL  J. NEWMAN
　　　　　　　　　　　　　　United States Magistrate Judge