HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
JEROME PRICE, SBN 282400
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
DONALD CONFERLETE CARNEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-32-WBS-3 |
| Plaintiff, | **STIPULATION AND ORDER REGARDING USE OF VIDEO-TELECONFERENCE FOR CHANGE OF PLEA** |
| vs. | |
| DONALD CONFERLETE CARNEY, JR., | Date: May 9, 2021<br>Time: 9:00 A.M.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Michael Redding, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Carney, that the requested change of plea in this matter may proceed by video-conference ("VTC"). The parties specifically stipulate as follows:

1. On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under

-1-

Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings, including felony change of plea hearings.

2. On April 02, 2021, General Order 628 ("GO 630") extended the authorizations in General Order 614 for an additional 90 days.

3. GO 630 authorizes felony change of plea hearings to proceed via VTC if:

   i) The judge of the case finds, for specific reasons, that a felony change of plea cannot be further delayed without serious harm to the interests of justice; and

   ii) The defendant, following consultation with counsel, consents to appearing for the change of plea via VTC.

4. GO 630 does <u>not</u> require this authorization to be obtained in writing; rather, the order explicitly states that the "defendant's consent may be obtained on the record at the time of the relevant event and need not be in writing." GO 630 at 3. Nonetheless, the parties are placing this stipulation on the record in writing to expedite their ability to proceed to a change of plea hearing, given the short notice to the Court.

5.  The parties stipulate that for specific reasons, the change of plea in this matter cannot be further delayed without serious harm to the interests of justice. Specifically, the May 10, 2021 hearing was originally set as a trial confirmation hearing, with trial set to commence in a little over a month; now that Mr. Carney is prepared to immediately plead guilty and thus obviate the need for a trial, both parties have a strong interest in ensuring the change of plea is entered as soon as possible to alleviate the need for trial preparation, and so the Court can clear those trial days for other cases seeking trial.

6.  The defense has affirmed, and both parties stipulate, that Mr. Carney has had an opportunity to consult with counsel regarding the nature of his appearance for his requested change of plea hearing, and following such consultation, he consents to appearing for his change of plea via VTC.

7.  The parties therefore respectfully request this Court to find that Mr. Carney's change of plea hearing may proceed by VTC on May 10, 2021 at 9:00 A.M.

(Signatures immediately follow on next page. The remainder of this page is intentionally blank.)

```
                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: May 9, 2021             /s/  Christina Sinha
                              CHRISTINA SINHA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              DONALD CONFERLETE CARNEY, JR.


Date: May 9, 2021             PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ Michael Redding
                              MICHAEL REDDING
                              Assistant United States Attorney
                              Attorneys for Plaintiff
```

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE