HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
JEROME PRICE, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
Attorneys for Defendant
DONALD CARNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-32-WBS-3 |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] **ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. § 4285** |
| vs. | ) |
| DONALD CARNEY, | ) Judge: Hon. Allison Claire |
| Defendant. | ) |

**TO:    THE UNITED STATES MARSHALS SERVICE ("USMS")**

To enable defendant Donald Carney to attend his August 9, 2021 judgment and sentencing hearing in the Sacramento division of the Court for the Eastern District of California, and as authorized pursuant to 18 U.S.C. §4285:

IT IS HEREBY ORDERED that the USMS pay defendant Donald Carney's transportation expenses from New Port Richey, Florida to Sacramento, California; this travel will occur sometime between Thursday, August 5, 2021 and Saturday August 7, 2021.

IT IS HEREBY FURTHER ORDERED that the USMS pay for defendant Donald Carney's subsistence expenses to Sacramento, California, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Dated: July 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Proposed Order                    1                    *United States v. Carney*, 2:20-CR-32-WBS-3