HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
JEROME PRICE, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
Attorneys for Defendant
DONALD CARNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-32-WBS-3 |
| Plaintiff, | ~~[PROPOSED]~~ ORDER TO RESCIND TRANSPORTATION ORDER ISSUED PURSUANT TO 18 U.S.C. § 4285 |
| vs. | |
| DONALD CARNEY, | Judge: Hon. Jeremy D. Peterson |
| Defendant. | |

**TO:   THE UNITED STATES MARSHALS SERVICE ("USMS")**

At the defendant's request, the transportation order previously issued at ECF No. 136 is hereby rescinded.

Dated: July 30, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1