```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   JEROME PRICE, SBN 282400
3  Assistant Federal Defenders
   Designated Counsel for Service
4  801 I Street, Third Floor
   Sacramento, CA 95814
5  T: (916) 498-5700

6  Attorneys for Defendant
   DONALD CONFERLETE CARNEY, JR.
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-32-WBS-3 |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) **TO MODIFY CONDITIONS OF RELEASE TO** |
|  | ) **ALLOW TRAVEL TO SENTENCING HEARING** |
| DONALD CONFERLETE CARNEY, JR., | ) Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Carney, that Mr. Carney's conditions of release may be modified to eliminate his location monitoring from Friday, August 06, 2021 to Monday, August 09, 2021 to enable him to travel from his home in Florida to Sacramento for his judgment and sentencing hearing.  The parties specifically stipulate as follows:

    1.   Mr. Carney is required to appear in person in Sacramento on August 09, 2021 at 9:00 A.M. for his

sentencing hearing before the Hon. William B. Shubb.

2. The defense has represented that Mr. Carney has a 6:20 A.M. flight booked on Friday, August 06, 2021 from Florida to Sacramento for the purposes of this hearing, and that he will be staying at a hotel in Sacramento until his sentencing on August 09, 2021. The flight information and hotel options have been provided to Pretrial Services.

3. Pretrial Services has informed the defense that location monitoring while traveling and staying in Sacramento is not possible.

7. The parties therefore respectfully request this Court to order that Mr. Carney does not need to comply with his location monitoring condition from August 06-09, 2021.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 5, 2021        /s/  Christina Sinha
                            CHRISTINA SINHA
                            Assistant Federal Defender
                            Attorneys for Defendant
                            DONALD CONFERLETE CARNEY, JR.


Date: August 5, 2021        PHILLIP A. TALBERT
                            Acting United States Attorney

                            /s/ Jason Hitt
                            JASON HITT
                            Assistant United States Attorney
                            Attorneys for Plaintiff

Stipulation and ~~Proposed~~ Order
to Modify Conditions of Release
re Travel                     -2-         *United States v. Carney,*
                                          2:20-cr-32-WBS-3

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 5, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE